# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00039(1)-ADA |
| | § | |
| (1) ADAN CARDOZA-ZUNIGA | § | |

## **ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 28, 2026, wherein the defendant (1) ADAN CARDOZA-ZUNIGA waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ADAN CARDOZA-ZUNIGA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ADAN CARDOZA-ZUNIGA's plea of guilty to Count One (1) is accepted.

Signed this 13th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE